UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TONYA NICOLE FREDERICK, a minor, by her
Guardian, CLEMENTINE FREDERICK,
    Plaintiff,

v.                                Case No. 3:05-cv-431-J-20HTS

KALEB W. UNDERWOOD, CHARLES DAVID SISAK,
G.L. MATTSON, TONY L. BATROUS, G.E. WEBER,
VARIOUS JOHN DOE OFFICERS, all acting as DEPUTY
SHERIFFS OF THE CITY OF JACKSONVILLE;
JOHN H. RUTHERFORD, SHERIFF OF DUVAL COUNTY;
and THE CITY OF JACKSONVILLE, FLORIDA, a Municipal
Corporation,
    Defendants.
_____/

## ORDER TO TRANSFER

    Pursuant to Local Rule 1.03(d), this case is **TRANSFERRED** to the Honorable Timothy J. Corrigan with his consent because it is related to Case No. 3:04-cv-1150-J-30MCR and to Case No. 3:05-cv-430-J-32TEM.

    **ORDERED AND ADJUDGED** at Jacksonville, Florida, this 17 day of May, 2005.

                                              HARVEY E. SCHLESINGER
                                              United States District Judge

Copies to:

Robert O. Stripling, Jr., Esq.